UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:08CV-189-R

**MARK TUNNE**                                                                                                          **PLAINTIFF**

**v.**

**U.S. POSTAL SERVICE** *et al.*                                                                         **DEFENDANTS**

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's joinder request (DN 7), amended joinder request (DN 16), and motion to expedite (DN 14). Each is addressed below.

*Joinder requests.* In the motions, Plaintiff "seeks the arrest and prosecution of [Defendant] Beth Cluck in Federal District Court" and, therefore, "requests a criminal investigation ORDER be granted by this court allowing the plaintiff to proceed to the U.S. Attorneys office at the final decision of the U.S. Attorney to proceed with filing [of] federal criminal charges against [Defendant] Beth Cluck." Plaintiff further asks the Court to "temporarily place his civil action against the U.S. Postal Service, et al on hold pending the outcome of a criminal investigation, arrest, and federal prosecution of Beth Cluck."

"Authority to initiate a criminal complaint rests exclusively with state and federal prosecutors." *Sahagian v. Dickey*, 646 F. Supp. 1502, 1506 (W.D. Wis. 1986); *United States v. Nixon*, 418 U.S. 683, 693 (1974) ("[T]he Executive Branch has exclusive authority and absolute discretion to decide whether to prosecute a case."); *Williams v. Luttrell*, 99 F. App'x 705, 707 (6th Cir. 2004) ("[A]s a private citizen, Williams has no authority to initiate a federal criminal prosecution of the defendants for their alleged unlawful acts."). Moreover, "a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *Linda R. S. v. Richard D.*, 410 U.S. 614, 619 (1973). Accordingly,

**IT IS ORDERED** that Plaintiff's request and amended request to join a claim for the criminal investigation, arrest and prosecution of Defendant Cluck (DNs 7 & 16) are **DENIED**.

Because the Plaintiff's requests for joinder are denied, **IT IS FURTHER ORDERED** that the requests for the Court to place this civil action on hold (DNs 7 & 16) are **DENIED as moot**.

*Motion to expedite.* Plaintiff asks the Court to address and resolve his case. By separate Memorandum Opinion and Order, the Court has administratively closed the instant action, and in the instant Memorandum and Order, the Court has ruled on the pending joinder requests. As there is nothing left to resolve in this case, **IT IS ORDERED** that the motion to expedite (DN 14) is **DENIED as moot.**

Date:

cc: Plaintiff, *pro se*
      Defendants
      Attorney for City of Paducah
      McCracken County Attorney
      U.S. Attorney
4413.005